22cr217 MJD/DJF

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(a)(8) |
| v. | 18 U.S.C. § 924(c)(1)(A)(ii) |
| | 18 U.S.C. § 924(d)(1) |
| JOSHUA LEE SINAWA, | 18 U.S.C. § 2119(1) |
| | 28 U.S.C. § 2461(c) |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Carjacking)

On or about July 30, 2022, in the State and District of Minnesota, the defendant,

**JOSHUA LEE SINAWA,**

did knowingly and unlawfully take a motor vehicle, that is, a 2015 Ford F-59, box bakery delivery truck, bearing Minnesota license plate YBL5254, and vehicle identification number 1F65F5KY6F0A01718, that had been transported, shipped, and received in interstate and foreign commerce, from the person and presence of M.A, by force and violence and by intimidation, with the intent to cause serious bodily harm, all in violation of Title 18, United States Code, Section 2119(1).

SCANNED
SEP 07 2022
U.S. DISTRICT COURT MPLS

*U.S. v. Joshua Lee Sinawa*

## COUNT 2
(Brandishing a Firearm During and in Relation to a Crime of Violence)

On or about July 30, 2022, in the State and District of Minnesota, the defendant,

**JOSHUA LEE SINAWA,**

during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, carjacking, as set forth in Count 1 of this Indictment, which is hereby realleged and incorporated herein by reference, did knowingly and unlawfully brandish a firearm, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 3
(Felon in Possession of a Firearm)

On or about July 30, 2022, in the State and District of Minnesota, the defendant,

**JOSHUA LEE SINAWA,**

having previously been convicted of the following crimes, each of which was punishable by a term of imprisonment exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
| --- | --- | --- |
| Terrorizing | Ramsey County, ND | May 9, 2016 |
| Possession of Controlled Substance by Correctional Detainee | Ward County, ND | March 2, 2017 |
| Possession of Firearm by Prohibited Person | Ward County, ND | March 2, 2017 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a black Sig Sauer, Model P938, 9mm semiautomatic pistol, bearing serial number 52B252256, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATIONS

If convicted of any of Counts 1 through 3 of this Indictment, the defendant shall forfeit to the United States any firearms, accessories and ammunition involved in or used in connection with such violation including, but not limited to a black Sig Sauer, Model P938, 9mm semiautomatic pistol, bearing serial number 52B252256, together with ammunition, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY              FOREPERSON